UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:17-cr-00192-SEB-DML |
| KYLE L. WILLIAMS, | ) -01 | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Kyle Williams's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a modification of Defendant Williams's current conditions of supervised release to include removal of the Soberlink monitoring requirement, attending Alcoholics Anonymous meetings three (3) times per week, and completion of 10 hours of community service per month for the next 6 months, beginning in May, 2018 and provide monthly verification of completion of the required hours of community service each month to his probation officer. All other conditions of supervised release will remain in effect.

**SO ORDERED.**

Date: 4/26/2018

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole

United States Marshal Service