UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-cr-00192-SEB-DML |
| | ) |
| KYLE L. WILLIAMS, | ) -01 |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Doris L. Pryor's Report and Recommendation that Daemez Long's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of seven (7) months with no supervised release to follow. The Defendant is to be taken into custody immediately. The Court recommends placement at FCI Milan or a facility other than FCC Terre Haute.

**SO ORDERED.**

Date: 10/29/2018

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system
United States Probation and Parole
United States Marshal Service